# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: JOSEPH JACOBONI**

_____

**BANK OF AMERICA,**

        **Appellant,**

-vs-                              **Case No. 6:06-cv-1553-Orl-31JGG**
                                       **(Bankruptcy Case No. 6:06-bk-1459-ABB)**

**JOSEPH JACOBONI,**

        **Appellee.**

_____

## ORDER

Upon consideration of Appellant's Motion for Leave to Appeal (Doc. 2) and Debtor's Response in opposition thereto (Doc. 3), it is

**ORDERED** that said Motion is GRANTED. The clerk is directed to docket this interlocutory appeal of the bankruptcy court's order denying Appellant's Motion to Transfer Venue. As part of the record on appeal, Appellant shall obtain and file a transcript of the August 24, 2006 hearing before the bankruptcy court. The following briefing scheduled is imposed:

1. Appellant's initial brief (20 page limit) is due November 24, 2006;

2. Appellee's answer brief (20 page limit) is due December 8, 2006;

3. Appellant's reply brief (5 page limit) is due December 20, 2006.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 3, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE